# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **CESAR AND GRACIELA CONTRERAS,** | § § § § | |
| Plaintiffs, | § § | **CIVIL ACTION NO. 3:16cv00395** |
| v. | § § | |
| **ALLSTATE TEXAS LLOYD'S,** | § § § | |
| Defendant. | § | |

## NOTICE OF SETTLEMENT

The Parties hereby provide written notice to the Court that the Parties have agreed to settle all matters in dispute with regard to this cause of action. The Parties are in the process of preparing and executing appropriate release and dismissal documents. It is anticipated that this process will take no longer than thirty days. The Parties will submit a joint motion to dismiss this case as soon as the settlement and release documents are fully negotiated and executed.

Respectfully submitted,

/s/ *Roger D. Higgins*
Roger D. Higgins - State Bar No. 09601500
Brandt R. Johnson - State Bar No. 00794030
THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 North Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone:   (214) 871-8200
Facsimile:   (214) 871-8209
Email: brjohnson@thompsoncoe.com
Email: rhiggins@thompsoncoe.com

Sean C. White- State Bar No. 24042149
KEMP SMITH LLP
P.O. Box 2800
El Paso, Texas  79999-2800
Telephone:     (915) 533-4424
Facsimile:     (915) 546-5360
Email:  sean.white@kempsmith.com
ATTORNEYS FOR DEFENDANT

AND

/s/ *J. Michael Moore*   (with permission)
J. Michael Moore - State Bar No. 14349550
The Moore Law Firm
4900 North 10th Street, Suite E-2
McAllen, Texas 78504-2524
Telephone: (956) 631-0745
Facsimile: 888-266-0971
Email: mmoore@moore-firm.com

Manuel A. Pelaez-Prada
State Bar No. 24027599
PELAEZ-PRADA, PLLC
22211 IH-10 West, Suite 1206
San Antonio, Texas 78257
Telephone: (210) 902-9265
Facsimile: (210) 693-1312
Email: mpp@lonestaradr.com

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

This is to certify that on the 18th day of July, 2017 a true and correct copy of the foregoing has been forwarded to counsel of record in accordance with the Federal Rules of Civil Procedure.

| | |
|---|---|
| J. Michael Moore<br>The Moore Law Firm<br>4900 North 10th Street, Suite E-2<br>McAllen, Texas 78504-2524<br>Telephone: (956) 631-0745<br>Facsimile: 888-266-0971<br>Email: mmoore@moore-firm.com | Manuel A. Pelaez-Prada<br>State Bar No. 24027599<br>PELAEZ-PRADA, PLLC<br>22211 IH-10 West, Suite 1206<br>San Antonio, Texas 78257<br>Telephone: (210) 902-9265<br>Facsimile: (210) 693-1312<br>Email: mpp@lonestaradr.com |

*/s/ Brandt R. Johnson*
Brandt R. Johnson