IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| CESAR AND GRACIELA CONTRERAS, | § § § | |
| Plaintiffs, | § § | |
| | § | CIVIL ACTION NO. 3:16cv00395 |
| v. | § § | |
| ALLSTATE TEXAS LLOYD'S, | § § § | |
| Defendant. | § | |

## AGREED MOTION FOR DISMISSAL WITH PREJUDICE

TO THE HONORABLE COURT:

Plaintiffs Cesar and Graciela Contreras and Defendant Allstate Texas Lloyd's file this their Agreed Motion for Dismissal with Prejudice and would respectfully show unto the Court the following:

### I.

Plaintiffs and Defendant, through their counsel of record, announce to the Court that all matters in controversy between them have been fully and finally resolved. Plaintiffs no longer desire to prosecute this suit against Defendant. The intent of this Agreed Motion for Dismissal is to dismiss all Defendants from this cause of action whether or not specifically referred to herein.

### II.

Plaintiffs and Defendant move this Court to dismiss this case with prejudice as to all Defendants, with costs to be taxed against the party incurring same.

WHEREFORE, Plaintiffs and Defendant respectfully request the Court enter their Agreed Order of Dismissal with Prejudice as to Plaintiffs' right to refile same.

Respectfully submitted,

*/s/ J. Michael Moore\**
State Bar No. 14349550
THE MOORE LAW FIRM
4900 North 10th Street, Suite F-3
McAllen, Texas 78504
Telephone: (956) 631-0745
Facsimile: (888) 266-0971
Lit-docket@moore-firm.com
*Signed with Permission

**COUNSEL FOR PLAINTIFFS**


*/s/ Roger D. Higgins*
Roger D. Higgins
State Bar No. 09601500
Brandt R. Johnson
State Bar No. 00794030
THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 North Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone:  (214) 871-8200
Telecopy:    (214) 871-8209
rhiggins@thompsoncoe.com
brjohnson@thompsoncoe.com

**AND**

Sean C. White
State Bar No. 24042149
Kemp Smith LLP
P.O. Box 2800
El Paso, Texas  79999-2800
Telephone:     (915) 533-4424
Facsimile:      (915) 546-5360
Email:  sean.white@kempsmith.com

**COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

   I hereby certify that on August 16, 2017, a true and correct copy of the foregoing has been forwarded to counsel of record in accordance with the Federal Rules of Civil Procedure:

J. Michael Moore
THE MOORE LAW FIRM
4900 North 10th Street, Suite F-3
McAllen, Texas 78504

                */s/ Brandt R. Johnson*
                Brandt R. Johnson