IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **CESAR CONTRERAS and GRACIELA CONTRERAS,** | § § § | |
| **Plaintiffs,** | § § | |
| v. | § § | EP-16-CV-00395-FM |
| **ALLSTATE TEXAS LLOYD'S,** | § § § | |
| **Defendant.** | § | |

### ORDER GRANTING AGREED MOTION FOR DISMISSAL WITH PREJUDICE AND CLOSING CASE

Before the Court is the "Agreed Motion for Dismissal With Prejudice" ("Motion") [ECF No. 49], filed August 16, 2017. Therein, the parties explain that "all matters in controversy have been fully and finally resolved."[1] They request this action be dismissed with prejudice, with costs to be taxed against the party incurring same.[2]

**IT IS THEREFORE ORDERED** that the "Agreed Motion for Dismissal With Prejudice" [ECF No. 49] is **GRANTED.** This cause is **DISMISSED WITH PREJUDICE. IT IS FURTHER ORDERED** that the parties bear their own costs. All pending motions are **DENIED AS MOOT.** The Clerk of the Court shall **CLOSE** this case.

**SO ORDERED.**

**SIGNED** this **18th** day of **August, 2017**.

_____
FRANK MONTALVO
UNITED STATES DISTRICT JUDGE

---

[1] Mot. 1.

[2] *Id.*